UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLANDA JOHNSON, | No. 2:16-cv-2175 TLN DB |
| Plaintiff, | |
| v. | ORDER |
| LKQ CORPORATION, INC., a Corporation, and Does 1 through 50, inclusive, | |
| Defendant. | |

Plaintiff, proceeding through counsel, commenced this action on September 12, 2016, by filing a complaint and a request to proceed in forma pauperis. (Dkt. No. 2.) On September 14, 2016 the assigned District Judge referred to the undersigned the resolution of plaintiff's motion to proceed in forma pauperis. (Dkt. No. 3.)

The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's September 12, 2016 motion to
2  proceed in forma pauperis (Dkt. No. 2) is granted.
3  Dated: September 22, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
Ddb1\orders.civil\johnson2175.ifp.ord

2